UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Kimberlyn Washington

    Debtor(s)

Case No. 15 B 36496

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/27/2015.

2) The plan was confirmed on 02/08/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/31/2016, 08/22/2016.

5) The case was Dismissed on 08/29/2016.

6) Number of months from filing to last payment: 7.

7) Number of months case was pending: 14.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $3,160.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $3,160.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $126.40 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $126.40

Attorney fees paid and disclosed by debtor:      $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACL Inc | Unsecured | 240.30 | 258.96 | 258.96 | 0.00 | 0.00 |
| ACL Inc | Unsecured | 0.00 | 258.96 | 258.96 | 0.00 | 0.00 |
| AFNI | Unsecured | 320.52 | NA | NA | 0.00 | 0.00 |
| Afni | Unsecured | 156.83 | NA | NA | 0.00 | 0.00 |
| Arthur B. Adler & Associates, LTD | Unsecured | 850.00 | NA | NA | 0.00 | 0.00 |
| Ashro Lifestyle | Unsecured | 0.00 | 468.99 | 468.99 | 0.00 | 0.00 |
| AT&T | Unsecured | 29.75 | NA | NA | 0.00 | 0.00 |
| AT&T Mobility II LLC | Unsecured | 2,903.58 | 2,903.58 | 2,903.58 | 0.00 | 0.00 |
| CashnetUSA | Unsecured | 850.31 | NA | NA | 0.00 | 0.00 |
| CCI | Unsecured | 72.00 | NA | NA | 0.00 | 0.00 |
| Check Into Cash | Unsecured | 313.75 | 288.75 | 288.75 | 0.00 | 0.00 |
| City of Chicago Dep. of Revenue | Unsecured | 950.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 0.00 | 780.80 | 780.80 | 0.00 | 0.00 |
| Complete Payment Recovery Services | Unsecured | 1,050.00 | NA | NA | 0.00 | 0.00 |
| Credit Collection Services | Unsecured | 70.94 | NA | NA | 0.00 | 0.00 |
| Dental Expert LLC | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| dish network | Unsecured | 380.97 | NA | NA | 0.00 | 0.00 |
| Diversified Adjudtment Service, Inc | Unsecured | 816.65 | NA | NA | 0.00 | 0.00 |
| ERMI, Inc | Unsecured | 6,522.19 | NA | NA | 0.00 | 0.00 |
| Exeter Finance Corporation | Unsecured | 0.00 | 5,987.14 | 5,987.14 | 0.00 | 0.00 |
| Exeter Finance Corporation | Secured | 17,979.00 | 11,632.00 | 11,632.00 | 2,756.02 | 277.58 |
| Financial Control | Unsecured | 259.00 | NA | NA | 0.00 | 0.00 |
| Full Smile Family Dentist | Unsecured | 1,100.00 | NA | NA | 0.00 | 0.00 |
| Grant & Weber Inc | Unsecured | 196.28 | NA | NA | 0.00 | 0.00 |
| Ilinois Bone and Joint Institute | Unsecured | 991.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 0.00 | 81.92 | 81.92 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 187.88 | 199.16 | 199.16 | 0.00 | 0.00 |
| Illinois Lending Corporation | Unsecured | 1,063.10 | NA | NA | 0.00 | 0.00 |
| Ingalls Memorial Hospital | Unsecured | 543.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 14,314.92 | 11,910.52 | 11,910.52 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 0.00 | 3,506.09 | 3,506.09 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Liberty University | Unsecured | 2,310.00 | 1,194.00 | 1,194.00 | 0.00 | 0.00 |
| Linebarger Goggan Blair & Sampson | Unsecured | 793.54 | NA | NA | 0.00 | 0.00 |
| Medical Business Bureau LLC | Unsecured | 267.77 | NA | NA | 0.00 | 0.00 |
| Medical Business Bureau LLC | Unsecured | 118.70 | NA | NA | 0.00 | 0.00 |
| Merchants Credit Guide Co. | Unsecured | 468.99 | NA | NA | 0.00 | 0.00 |
| Midnight Velvet | Unsecured | 451.00 | NA | NA | 0.00 | 0.00 |
| Midwest Family Wellness | Unsecured | 117.00 | NA | NA | 0.00 | 0.00 |
| MiraMed Revenue Group | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| Montgomery Ward | Unsecured | 30.53 | NA | NA | 0.00 | 0.00 |
| Pangea Ventures c/o Jennifer Dean | Unsecured | 1,297.67 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 258.21 | 87.14 | 87.14 | 0.00 | 0.00 |
| Physicians Immediate Care | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| Physicians Immediate Care | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Presence Home Care Services | Unsecured | 10.11 | NA | NA | 0.00 | 0.00 |
| Presence Saint Joseph Hospital | Unsecured | 1,128.83 | NA | NA | 0.00 | 0.00 |
| Presence Service Corp | Unsecured | 168.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 788.00 | 787.58 | 787.58 | 0.00 | 0.00 |
| Quest Diagnostics | Unsecured | 4.90 | NA | NA | 0.00 | 0.00 |
| Regions Bank | Unsecured | 1,087.50 | 636.65 | 636.65 | 0.00 | 0.00 |
| Resurrection Health Care | Unsecured | 148.00 | NA | NA | 0.00 | 0.00 |
| Resurrection/St Joseph Hospital | Unsecured | 296.28 | NA | NA | 0.00 | 0.00 |
| Speedy Cash | Unsecured | 0.00 | 480.48 | 480.48 | 0.00 | 0.00 |
| Stellar Recovery Inc | Unsecured | 1,127.00 | NA | NA | 0.00 | 0.00 |
| Sunrise Credit Services | Unsecured | 219.25 | NA | NA | 0.00 | 0.00 |
| Swiss Colony/Ashro | Unsecured | 468.00 | NA | NA | 0.00 | 0.00 |
| Transworld Systems, Inc | Unsecured | 476.00 | NA | NA | 0.00 | 0.00 |
| Trussville Urgent Care | Unsecured | 7.00 | NA | NA | 0.00 | 0.00 |
| United Auto Credit Corporation | Unsecured | 0.00 | 653.91 | 653.91 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $11,632.00 | $2,756.02 | $277.58 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$11,632.00** | **$2,756.02** | **$277.58** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $12,109.68 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$12,109.68** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$18,374.95** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $126.40 |
| Disbursements to Creditors | $3,033.60 |
| **TOTAL DISBURSEMENTS** : | **$3,160.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/14/2016                                By: /s/ Marilyn O. Marshall
                                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**